IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*,[1] | Bankruptcy Case No. 00-2426 PJW |
| INACOM CORP., on behalf of all affiliated Debtors<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>TELECONNEX SOLUTIONS, LLC, ACTIVE LINK COMMUNICATIONS INC., MOBILITY CONCEPTS, INC.<br>　　　　　　　　Defendant. | Civil Action No. 04-605 (GMS)<br><br>[Adversary Case No. 02-04468 (PJW)] |

**DEBTORS' MOTION FOR**
**<u>VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT</u>**

Plaintiff Inacom Corp., on behalf of all of the affiliated debtors ("Plaintiff" or

"Inacom") hereby moves, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure

(the "Federal Rules"), as made applicable through Rule 7041 of the Federal Rules Bankruptcy

Procedure (the "Bankruptcy Rules"), for dismissal of this action with prejudice. In support

thereof, Plaintiff states as follows:

On June 16, 2000 (the "Petition Date"), Plaintiff and all of the related debtors

identified above (collectively the "Debtors") each filed a voluntary petition for relief under

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

chapter 11 of title 11, United States Code (the "Bankruptcy Code"). On June 16, 2000, the Bankruptcy Court entered an order procedurally consolidating these chapter 11 cases for administrative purposes only. Since the Petition Date, the Debtors operated their businesses and managed their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

By order entered on May 23, 2003 (the "Confirmation Order"), the Bankruptcy Court confirmed the Joint Amended Plan of Liquidation Pursuant to Chapter 11 of the United States Bankruptcy Code Official Committee of Unsecured Creditors and the Debtors (the "Plan"). Pursuant to the Plan, a Liquidating Trust was established to carry out the terms of the Plan.

The Plaintiff filed and served a complaint to avoid and recover certain alleged preferential transfers (the "Complaint") initiating this adversary (the "Adversary Proceeding") on June 14, 2002.

Teleconnex Solutions, LLC. (the "Defendant") filed an answer in this adversary action on August 19, 2002 (the "Answer").

After filing the Answer, Defendant filed for bankruptcy on September 15, 2003 in the Northern District of Illinois, Chicago Division, Case No. 03-37869. On January 14, 2004, Defendant filed a Suggestion of Bankruptcy in this Adversary Proceeding (Bankr. Docket No. 11) (the "Suggestion of Bankruptcy"). A copy of the Suggestion of Bankruptcy is attached hereto as Exhibit A. Additionally, counsel for Defendant filed its Motion for Order Approving Withdrawal of Patton Boggs LLP and Landis Rath & Cobb LLP as Counsel for Active Link

Communications, Inc., on January 14, 2004 (Docket No. 12) (the "Motion for Withdrawal"). A copy of the Motion for Withdrawal is attached hereto as Exhibit B.

On June 25, 2004, an Order Withdrawing the Reference to the United States District Court for the District of Delaware was entered in the Bankruptcy Court (Bankr. Docket No. 16).

On July 30, 2004, a Letter (the "July 30 Letter") to the Clerk of the United States District Court for the District of Delaware from Rebecca L. Butcher, Esq. enclosing a copy of the Motion for Withdrawal, a proposed form of Order and Affidavit of Service; along with a copy of the Bankruptcy Adversary Case No. 02-04468 (PJW) docket sheet referencing Docket No. 12 was filed with the Court. In the July 30 Letter, counsel asked that the Court advise her as to the procedure for having the Motion to Withdraw considered by the Court. As of the date hereof, no order has been entered by the Court disposing of the Motion for Withdrawal.

Counsel for Defendant, Rebecca L. Butcher, Esq. of Landis Rath & Cobb LLP, has indicated that her firm could no longer represent the Defendant.

As of the date hereof, the Defendant has not retained replacement counsel (at least no such counsel has entered an appearance or contacted the undersigned). Further, on or about March 2006, Plaintiff's counsel spoke with Rebecca Butcher again, who indicated she did not feel it was proper for her firm to execute a stipulation of dismissal of the Adversary Proceeding on behalf of the Defendant.

As it appears that proceeding to trial would be a futile endeavor given the Defendant's filing of bankruptcy, Plaintiff respectfully requests dismissal of the Adversary Proceeding.

WHEREFORE Plaintiff moves the Court for dismissal of this adversary proceeding, with each side to bear its own costs, and upon such other terms as the Court deems proper.

Dated: June 27, 2006

                                                PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

                                                /s/ S.M. Selzer

                                                Laura Davis Jones (DE Bar No. 2436)
                                                Sandra G. M. Selzer (DE Bar No. 4283)
                                                919 North Market Street, 17th Floor
                                                P.O. Box 8705
                                                Wilmington, DE  19899-8705 (Courier 19801)
                                                Telephone:  (302) 652-4100
                                                Facsimile:  (302) 652-4400

                                                Andrew W. Caine (Bar No. 110345)
                                                Jeffrey P. Nolan (Bar No. 158923)
                                                10100 Santa Monica Blvd., Suite 1100
                                                Los Angeles, CA  90067
                                                Telephone:  (310) 277-6910
                                                Facsimile:  (310) 201-0760

                                                Counsel for Debtors/Plaintiff