# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| INACOM CORP., et al., | § | Case No. 00-2426 (PJW) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| INACOM CORP., on behalf of all affiliated Debtors, | § § § | |
| | § | |
| Plaintiffs, | § | |
| | § | Adversary Pro. No. 02-04468 |
| v. | § | |
| | § | |
| TELECONNEX SOLUTIONS, LLC, ACTIVE LINK COMMUNICATIONS, INC., MOBILITY CONCEPTS, INC., | § § § | |
| | § | |
| Defendants. | § | |

## SUGGESTION OF BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Active Link Communications, Inc. ("Defendant"), advises this honorable court, and all parties of record, that on September 15, 2003, Defendant filed a petition under Chapter 7 of the Bankruptcy Code, in the Northern District of Illinois, Chicago Division. The case is styled *In re Active Link Communication, Inc. d/b/a Communications World International, Inc.*; Case Number 03-37869-JHS. The bankruptcy petition operates to stay the continuation of the above-captioned action pursuant to 11 U.S.C. § 362.

310.001-1480.DOC

| | |
|---|---|
| Dated: January 14, 2004 | **LANDIS RATH & COBB LLP**<br><br>_/s/ DBW_<br>Daniel B. Rath (No. 3022)<br>919 Market Street, Suite 600<br>PO Box 2087<br>Wilmington, DE 19899<br>(302) 467-4400 (Telephone)<br>(302) 467-4450 (Facsimile)<br><br>- and -<br><br>Bruce H. White<br>Texas State Bar No. 21288850<br>Vickie L. (Judd) Driver<br>Texas State Bar No. 24026886<br>PATTON BOGGS LLP<br>2001 Ross Avenue, Suite 3000<br>Dallas, TX 75201<br>(214) 758-1500 (Telephone)<br>(214) 758-1550 (Facsimile) |