# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| INACOM CORP., et al., | § | Case No. 00-2426 (PJW) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| INACOM CORP., on behalf of all affiliated Debtors, | § § § | |
| Plaintiffs, | § § | |
| | § | Adversary Pro. No. 02-04468 |
| v. | § § | |
| TELECONNEX SOLUTIONS, LLC, ACTIVE LINK COMMUNICATIONS, INC., MOBILITY CONCEPTS, INC., | § § § § | |
| Defendants. | § § | |

### MOTION FOR ORDER APPROVING WITHDRAWAL OF PATTON BOGGS LLP AND LANDIS RATH & COBB LLP AS COUNSEL FOR ACTIVE LINK COMMUNICATIONS, INC.

Patton Boggs LLP ("PB") and Landis Rath & Cobb LLP ("LRC") (collectively, the "Movants") hereby file this *Motion for Order Approving Withdrawal of Patton Boggs LLP and Landis Rath & Cobb LLP as Counsel for Active Link Communications, Inc.* (the "Motion"). In support of the Motion, the Movants respectfully state to the Court as follows:

#### FACTUAL AND PROCEDURAL BACKGROUND

On or about June 14, 2002, Inacom Corp. ("Inacom") filed the above-referenced adversary action against Active Link Communications, Inc. ("Active Link") seeking to recover payments as preferential (the "Adversary Action"). Active Link sought the representation of PB in connection with the Adversary Action. Due to local rules, PB contacted LRC to act as local counsel for the Adversary Action.

310.001-1482.DOC

PB and counsel for Inacom negotiated a settlement of the Adversary Action in late 2002. Upon reaching such settlement, counsel for Inacom presented the settlement to the unsecured creditors' committee and began negotiations with this constituency to obtain their approval. During such negotiations, the Movants had little to no contact with Active Link due to the little activity in the Adversary Action. In late November 2003, PB was informed that the creditors' committee approved of the settlement and Inacom was ready to move forward. Upon attempting to contact Active Link, PB learned that Active Link filed for bankruptcy on September 15, 2003 in the Northern District of Illinois, Chicago Division. The case is styled *In re Active Link Communication Inc. d/b/a Communications World International Inc.*; Case No. 03-37869.

Because of the lack of bankruptcy court authority to act on the Active Link's bankruptcy case, the Movants request that this Court issue an order approving their withdrawal as counsel for Active Link Communications, Inc., in this Adversary Action and that the Court grant such other and further relief, whether in law or equity, as is just.

Dated: January 14, 2004

LANDIS RATH & COBB LLP

_____
Daniel B. Rath (No. 3022)
919 Market Street, Suite 600
PO Box 2087
Wilmington, DE 19899
(302) 467-4400 (Telephone)
(302) 467-4450 (Facsimile)

- and -

Bruce H. White
Texas State Bar No. 21288850
Vickie L. (Judd) Driver
Texas State Bar No. 24026886
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201
(214) 758-1500 (Telephone)
(214) 758-1550 (Facsimile)

310.001-1482.DOC