# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| INACOM CORP., et al., | § | Case No. 00-2426 (PJW) |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | |
| INACOM CORP., on behalf of all affiliated Debtors, | § § § | |
| | § | |
| Plaintiffs, | § | |
| | § | Adversary Pro. No. 02-04468 |
| v. | § | |
| | § | |
| TELECONNEX SOLUTIONS, LLC, ACTIVE LINK COMMUNICATIONS, INC., MOBILITY CONCEPTS, INC., | § § § | |
| | § | |
| Defendants. | § | |

## ORDER APPROVING WITHDRAWAL OF
## PATTON BOGGS LLP AND LANDIS RATH & COBB LLP
## AS COUNSEL FOR ACTIVE LINK COMMUNICATIONS, INC.

Upon consideration of the *Motion for Order Approving Withdrawal of Patton Boggs LLP and Landis Rath & Cobb LLP as Counsel for Active Link Communications, Inc.* (the "Motion") filed by Patton Boggs LLP ("PB") and Landis Rath & Cobb LLP ("LRC") (collectively, the "Movants"), and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted; and

2. PB and LRC are withdrawn as counsel of record in this matter.

The Honorable Peter J. Walsh
United States Bankruptcy Judge

310.001-1483.DOC