IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*,[1] | Bankruptcy Case No. 00-2426 PJW |
| INACOM CORP., on behalf of all affiliated Debtors<br><br>Plaintiff,<br>v.<br><br>TELECONNEX SOLUTIONS, LLC, ACTIVE LINK COMMUNICATIONS INC., MOBILITY CONCEPTS, INC.<br>Defendant. | Civil Action No. 04-605 (GMS)<br><br>[Adversary Case No. 02-04468 (PJW)] |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                                              ) ss.:
COUNTY OF NEW CASTLE  )

Marlene Chappe, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, counsel for the Debtors/Plaintiffs, in the above-captioned action, and that on the 27th day of June 2006, she

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

caused a true and correct copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

**DEBTORS' MOTION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE OF COMPLAINT**

_____
Marlene Chappe

Sworn to and subscribed before me this 27th day of June 2006

_____
Notary Public
My Commission Expires: 03-21-08

**VANESSA A. PRESTON**
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

**InaCom v. Teleconnex Solutions, LLC Service List**
Document No. 119308
01 – Hand Delivery
01 – First Class Mail

**Hand Delivery**
(Re: Active Link Comm, Mobility Concepts)
Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19801

**First Class Mail**
(Re: Active Link Comm, Mobility Concepts)
Bruce H. White, Esquire
Vickie L. (Judd) Driever, Esquire
Patton Boggs LLP
2001 Ross Avenue, Suite 3000
Dallas, TX  75201